**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | §<br>§ | |
| **TIMOTHY BARTON, et al.,**<br>**Defendant.**<br><br>**V.** | §<br>§<br>§<br>§ | |
| | | **No. 3:22-CV-2118-X** |
| **SECURITIES AND EXCHANGE COMMISSION,**<br>**Plaintiff.** | §<br>§<br>§<br>§<br><br>§ | |

## NOTICE OF APPEAL OF ORDER GRANTING RECEIVER'S FIFTH AND SIXTH QUARTERLY FEE APPLICATIONS ECF 667

NOTICE IS HEREBY GIVEN that Defendant Timothy Barton, Pro Se, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order issued by the United States District Court for the Northern District of Texas, Dallas Division, entered on August 4, 2025 [ECF No. 667], entitled "Order Granting Receiver's Fifth and Sixth Quarterly Fee Applications."

Dated: Sep 09, 2025

Respectfully submitted,

*/s/Timothy Barton*
Timothy Barton
1846 E Rosemeade Pkwy,
#232, Carrollton, TX 75007
Tel: (214) 673-8714

TimothyBarton@proton.me

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, I filed the foregoing Notice of Appeal with the Clerk of the United States District Court for the Northern District of Texas, Dallas Division, and served all counsel and pro se parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/Timothy Barton*
Timothy Barton