# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 17, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-11044 SEC v. Barton
USDC No. 3:22-CV-2118

The court has granted an extension of time to and including January 15, 2026 for filing appellant's/petitioner's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

Lisa E. Ferrara

By: _________________________
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Timothy Barton
Mr. Keefe Michael Bernstein
Mr. Ezekiel Levenson Hill