# United States Court of Appeals for the Fifth Circuit

Certified as a true copy and issued as the mandate on Mar 16, 2026

Attest: Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 21, 2026

Lyle W. Cayce
Clerk

---

No. 25-11044

---

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

---

UNPUBLISHED ORDER

Before Graves, Willett, and Douglas, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellee's opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.